=================================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

NORTHERN　　　DISTRICT OF　　　NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:09-cv-621 (GLS/DRH)

SHEAR CONTRACTORS, INC.

　　v.

SHEAR ENTERPRISES & GENERAL
CONTRACTING and THOMAS SHEAR

____　　JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　　DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that plaintiff Shear Contractors' motion for a temporary restraining order (Dkt. No. 25) is DENIED. That defendants Shear Enterprises and Thomas Shear's motion for summary judgment (Dkt. No. 29) is GRANTED and Shear Contractors' complaint is DISMISSED. That Shear Enterprises' request for attorneys' fees is DENIED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe on November 16, 2010.**

　　November 17, 2010　　　　　　　　　　　　　　　　LAWRENCE K. BAERMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　　　　　　　　BY:　　S/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Law